# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00051-CV

**William T. McBride and Beverly McBride, Appellants**

**v.**

**Texas Department of Protective and Regulatory Services, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
NO. 00-029-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING**

Appellants moved to extend time to perfect their appeal until January 31, 2002. Subsequently, appellants filed a motion for voluntary dismissal of their appeal. *See* Tex. R. App. P. 42.1. Appellant's motion to dismiss their appeal is granted. Appellants' motion to extend time to perfect their appeal is dismissed.

The appeal is dismissed.

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellants' Motion

Filed: March 7, 2002

Do Not Publish